UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SEXY HAIR CONCEPTS, LLC,

    Plaintiff,

v.                            Case No. 12-10785

CORRINE JARVIS,

    Defendant.

_____/

**ORDER OF VOLUNTARY DISMISSAL**

    Plaintiff initiated this action on February 21, 2011, and Defendants have yet to answer the complaint or file any motions. On April 12, 2012, Plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Although Plaintiff's notice effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity. Accordingly,

    IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: April 30, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 30, 2012, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522